## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff/Respondent,

vs.                              No. CV 16-00650 LH/WPL
                                    No. CR 06-00344 LH

JOSEPH MILES DAVIS,

        Defendant/Movant.

## ORDER LIFTING STAY AND DIRECTING THE PARTIES TO CONFER
## AND FILE A JOINT STATEMENT IN LIGHT OF *BECKLES*

**THIS MATTER** is before the Court *sua sponte* under Rule 4 of the Rules Governing

Section 2255 Proceedings in light of the U.S. Supreme Court's ruling in *Beckles v. United States,*

580 U.S. ___, No. 15-8544, slip op (March 6, 2017).  Movant, Joseph Miles Davis, has filed a

motion pursuant to 28 U.S.C. § 2255 claiming that he improperly received an enhanced sentence

as a career offender under the United States Sentencing Guidelines because the residual clause of

USSG § 4B1.2 is unconstitutionally vague under the reasoning in *Johnson v. United States,* 576

U.S. ___, 135 S.Ct. 2551 (2015).  (CV Doc 1; CR Doc. 227).  Respondent United States of

America filed a response and requested a stay of proceedings, raising the *Beckles* issue, which

was granted by the Court.  (CV Doc. 5, 6; CR Doc. 231, 232).  In *Beckles*, the Supreme Court

held that the United States Sentencing Guidelines are not subject to a void-for-vagueness

challenge.  580 U.S. ___, No. 15-8544, slip op at 5.

The Court will lift the stay and direct the parties to confer on the question of whether the

Supreme Court's ruling in *Beckles* is dispositive of all issues raised in this § 2255 proceeding and

1

to file a joint statement advising the Court of the results of their conference. If either party contends that *Beckles* does not dispose of all issues, the statement shall identify the issue or issues that remain for determination by the Court after *Beckles* and the party raising the remaining issue or issues. The parties shall confer and file the joint statement within fourteen days of entry of this Order. If neither party claims that any issues remain for adjudication following *Beckles,* the Court will enter an Order dismissing this § 2255 proceeding. If the parties contend that issues still remain for determination, the Court will enter an order setting a schedule for supplemental briefing.

IT IS ORDERED that the stay is lifted and the Parties shall confer on the question of whether the Supreme Court's ruling in *Beckles* is dispositive of all issues raised in this § 2255 proceeding and file a joint statement advising the Court of the results of their conference within fourteen (14) days of entry of this Order.

_____
UNITED STATES MAGISTRATE JUDGE